UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: THE MATTER OF THE APPLICATION OF PACIFIC RECOVERY PARTNERS LLC FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | 25 Misc. 119 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court has reviewed the *ex parte* application of Pacific Recovery Partners LLC (the "Applicant") for an order to take discovery pursuant to 28 U.S.C. § 1782. The Court would like to discuss with Applicant its concerns about the application, particularly (i) whether foreign proceedings are "within reasonable contemplation," *Mees* v. *Buiter*, 793 F.3d 291, 300 (2d Cir. 2015); and (ii) whether the Court can exercise personal jurisdiction over the correspondent banks, *In re del Valle Ruiz*, 939 F.3d 520, 530 (2d Cir. 2019).

Accordingly, Applicant is hereby ORDERED to appear at a telephonic conference on **April 17, 2025**, at **10:00 a.m.** At the scheduled time, counsel should dial (855) 244-8681 and enter access code 2315 780 7370.

SO ORDERED.

Dated:  April 2, 2025
        New York, New York

*[signature: Katherine Polk Failla]*

KATHERINE POLK FAILLA
United States District Judge